IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

CHARLOTTE R. CAREY,

    Plaintiff,

v.                                    Case No.: 2:09-cv-00838-CEH-DNF

AMERICAN EXPRESS COMPANY, et al

    Defendants.
_____/

**NOTICE OF PENDING SETTLEMENT**

Defendant, NCO Financial Systems, Inc., by and through its undersigned counsel, hereby submits this Notice of Pending Settlement and states that Plaintiff Charlotte R. Carey and Defendants, NCO Financial Systems, Inc., Ms. Buvala aka Jan Doe, and Steve Thompkins have reached a verbal settlement with regard to this case and are presently drafting, finalizing, and executing the settlement and dismissal documents. Upon execution of the same, the parties will file the appropriate dismissal documents with the Court.

                                              Respectfully submitted,

                                              /s/ Kenneth C. Grace
                                              Kenneth C. Grace, Esq.
                                              Florida Bar No.: 0658464
                                              Sessions, Fishman, Nathan & Israel, L.L.C.
                                              3350 Buschwood Park Drive, Suite 195
                                              Tampa, FL 33618
                                              Telephone:   (813) 890-2463
                                              Facsimile:    (866) 466-3140
                                              kgrace@sessions-law.biz
                                              Counsel for Defendant,
                                              NCO Financial Systems, Inc.

2

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on the 20th day of May 2010, a copy of the foregoing was sent via CM/ECF electronic filing to the following:

G. Donald Golden, Esq.
The Golden Law Group
213 N. Parsons Avenue
Brandon, FL 33510

/s/ Kenneth C. Grace
Attorney

\\sfnfs02\prolawdocs\6947\6947-25440\Carey, Charlotte R\118628.doc