IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
FT. MYERS DIVISION

CHARLOTTE R. CAREY,

    Plaintiff,

v.                                          Case No.: 2:09-cv-00838-CEH-DNF

AMERICAN EXPRESS COMPANY, et al

    Defendants.
_____/

**JOINT STIPULATION OF DISMISSAL WITH PREJUDICE**

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), plaintiff, Charlotte R. Carey, and defendants, NCO Financial Systems Inc. ("NCO") hereby jointly stipulate to the dismissal with prejudice of plaintiff's claims against defendant with each side to bear its own fees and costs.

Dated, this 24th day of May, 2010.


/s/G. Donald Golden                    /s/Kenneth C. Grace
G. Donald Golden, Esq.               Kenneth C. Grace
The Golden Law Group                Sessions, Fishman, Nathan & Israel, LLP
213 N. Parsons Avenue                3350 Buschwood Park Drive, Suite 195
Brandon, FL 33510                     Tampa, FL  33618
Telephone:  (813) 413-8700          Telephone: (813) 890-2460
*Counsel for Plaintiff*                    *Counsel for Defendants*,
*Charlotte R. Carey*                      *NCO Financial Systems, Inc. &*
                                                *Paper City Emergency Physicians*