UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FT. MYERS DIVISION

CHARLOTTE R. CAREY,
    Plaintiff,

v.          CASE NO: 2:09-CV-838-FTM-36-DNF

AMERICAN EXPRESS COMPANY, et al,
    Defendants.
_____/

**O R D E R**

Before the Court is the Joint Stipulation of Dismissal With Prejudice (Doc. 26). In accord with the Joint Stipulation of Dismissal, it is **ORDERED AND ADJUDGED** as follows:

    1)    The Stipulation of Dismissal is APPROVED.

    2)    This cause is dismissed, with prejudice, each side to bear its own attorneys' fees and costs.

    3)    The Clerk is directed to enter judgment accordingly.

**DONE AND ORDERED** at Fort Myers, Florida, on March 10, 2011.

*Charlene Edwards Honeywell*
Charlene Edwards Honeywell
United States District Judge

**A COPIES FURNISHED TO**:
Counsel of Record